# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FRANK BRETT,**

                **Plaintiff,**

**-vs-**                                        Case No. 6:07-cv-1500-Orl-31DAB

**UNITED STATES OF AMERICA,**

                **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) filed September 24, 2007.

On September 26, 2007, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the motion be denied and the Complaint (Doc. 1) be dismissed as frivolous if the Plaintiff failed to file a proper amended complaint. The Plaintiff has not filed any objections to the report. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Motion for Leave to Proceed in Forma Pauperis is **DENIED** and the Complaint (Doc. 1) is **DISMISSED**.

3. That the Plaintiff shall have eleven (11) days from the date of the entry of this order within which to file an amended complaint in compliance with Rule 8 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 17th day of October, 2007.

                              GREGORY A. PRESNELL
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party