**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANK BRETT,**

           **Plaintiff,**

**-vs-**                                        **Case No. 6:07-cv-1500-Orl-31DAB**

**UNITED STATES OF AMERICA,**

           **Defendant.**

_____

## ORDER

On October 17, 2007, this Court dismissed the Plaintiff's complaint (Doc. 1) and gave him 11 days in which to file an amended complaint that complied with Rule 8 of the Federal Rules of Civil Procedure. (Doc. 8 at 1-2). Plaintiff has failed to file an amended complaint. It is hereby **ORDERED** that this case is **DISMISSED.** The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 6, 2007.

                                                          GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party